Joseph J. Brandes and Schwarzbach and Preston, Plaintiffs-Appellees, v. Illinois Protestant Children's Home, Inc., a Corporation not for Profit, and Florence J. Budd, Defendants-Appellants.

Illinois Protestant Children's Home, Inc., a Corporation not for Profit, and Florence J. Budd, Counterplaintiffs-Appellants, v. Schwarzbach and Preston, Counterdefendants-Appellees.

Gen. No. 48,395. 

First District, Third Division.

January 10, 1962.

Rehearing denied January 31, 1962.

Eugene A. Tappy, of Chicago, for appellants; Schwarzbach and Preston, of Chicago, for appellees. Opinion by MR. PRESIDING JUSTICE McCORMICK. Not to be published in full.